AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Oklahoma

| | | |
|---|---|---|
| Ezekiel Davis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CIV-09-466-RAW-SPS |
| Correctional Corp. Of America et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Johnny Blevins
3400 Martin Luther King Ave
Oklahoma City, OK 74136

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ezekiel Davis 186754
Davis Correctional Facility
6888 E 133rd Rd
Holdenville, OK 74848-9033

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jan 8, 2010

*Signature of Clerk or Deputy Clerk*